UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: November 16, 2023        Judge:  Honorable Charles R. Breyer

Court Reporter: Marla Knox
Time:  15 Minutes
Case No.: CR23-0369-1 CRB
Case Name:  USA v. Kevin Maudiel Martinez-Rivas (Present)(Custody)

Attorney(s) for Government: Daniel Kassabian
Attorney(s) for Defendant(s): Severa Keith
Probation Officer: Kyle Pollak
Interpreter: Daniel Navarro - Spanish

Deputy Clerk: Lashanda Scott


PROCEEDINGS

Change of Plea hearing held.  Defendant was sworn. Plea agreement provided to the Court.  Defendant plead guilty to Count 1 of the Information.   The parties waived the presentence report.

Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons to a term of time served plus one day. Defendant placed on supervised release for a term 3 of years under the standard and special conditions. Defendant shall pay a special assessment of $100.00. The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived. Refer to Judgment for additional information.